UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZUBO ZHANG,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>  Defendants. | Civil Action No. 25-0561 (JMC) |

## JOINT STATUS REPORT

Plaintiff, Zubo Zhang, and Defendants, the United States Department of Homeland Security ("DHS") Privacy Office and Office of Strategy, Policy and Plans (collectively "Defendants"), by and through undersigned counsel, hereby submit this joint status report in this Freedom of Information Act ("FOIA") case pursuant to the Court's July 1, 2025 Minute Order.

This matter involves an August 18, 2023, FOIA request by Plaintiff to the DHS seeking records relating to a decision by the Forced Labor Enforcement Task Force to add Camel Group Co. Ltd. to the Uyghur Forced Labor Prevention Act Entity List.

The parties had a meet and confer on September 11, 2025. There are approximately 3,262 potentially responsive pages that the Defendants have been reviewing and processing. Defendants made their initial release of documents to Plaintiff on June 27, 2025, its second interim response on July 31, 2025, and its third interim response, which was slightly delayed, on September 5, 2025. Defendants will continue processing 500 pages per month and making monthly productions by the end of each month. Defendants anticipate making three more productions in September, October, and November, at which time DHS anticipates all responsive information will have been released.

At the conclusion of the productions, the parties will discuss any remaining issues

1

concerning the response to the FOIA request. Pursuant to the Court's April 30, 2025 Minute Order, the parties will file their next Joint Status Report on December 19, 2025 to report on the status and further proceedings.

Dated: September 24, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:       */s/ Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

*Attorneys for the United States of America*

/s/ *Jacob L. Clark*
JACOB L. CLARK
D.C. Bar No. 1719520
Admitted *Pro Hac Vice*
DICKINSON WRIGHT PLLC
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 623-1624
jlclark@dickinson-wright.com

*Attorney for Plaintiff*

2